# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DESIRAE MARIE STRAUSER,** | : | CIVIL ACTION NO. 1:17-CV-1653 |
| Plaintiff | : | (Chief Judge Conner) |
| v. | : | |
| **MECHANICSBURG LEARNING CENTER,** | : | |
| Defendant | : | |

## ORDER

AND NOW, this 14th day of November, 2017, upon consideration of the motion (Doc. 5) to dismiss filed November 3, 2017 by defendant pursuant to Federal Rule of Civil Procedure 12(b)(6), and further upon consideration of plaintiff's amended complaint (Doc. 9) filed November 13, 2017, and the court noting that an amended pleading supersedes the original "in providing the blueprint for the future course of the lawsuit," Snyder v. Pascack Valley Hosp., 303 F.3d 271, 276 (3d Cir. 2002); see also 6 CHARLES ALAN WRIGHT ET AL., FEDERAL PRACTICE AND PROCEDURE § 1476 (3d ed. 2015), and the court thus finding that the amended complaint renders the original complaint a nullity, it is hereby ORDERED that:

1. Defendant's motion (Doc. 5) to dismiss is DENIED as moot and without prejudice.

2. Defendant shall respond to the amended complaint (Doc. 9) in accordance with the Federal Rules of Civil Procedure.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania