# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DESIRAE MARIE STRAUSER,** | : CIVIL ACTION NO. 1:17-CV-1653 |
| Plaintiff | : (Chief Judge Conner) |
| v. | : |
| **MECHANICSBURG LEARNING CENTER,** | : |
| Defendant | : |

## ORDER

AND NOW, this 26th day of July, 2018, upon consideration of the motion (Doc. 18) for judgment on the pleadings filed by defendant Mechanicsburg Learning Center, seeking to dismiss the amended complaint (Doc. 9) of plaintiff Desirae Marie Strauser ("Strauser"), and the parties' respective briefs in support of and opposition to said motion (Docs. 19, 20-1, 23), and for the reasons stated in the accompanying memorandum, it is hereby ORDERED that:

1. Mechanicsburg Learning Center's motion (Doc. 18) for judgment on the pleadings is GRANTED. Strauser's claim is DISMISSED without prejudice.

2. Strauser is granted leave to amend her pleading within twenty (20) days of the date of this order. In the absence of a timely-filed second amended complaint, the Clerk of Court shall close this case.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania